■ ROBERT LABARBERA, Appellant, v TRAVELERS INSURANCE COMPANY, Respondent.—Order, Supreme Court, New York County (David Edwards, Jr., J.), entered on or about August 25, 1988, unanimously modified on the law, to the extent of directing judgment in favor of defendant declaring that coverage under insurance contract number GA-23000 was terminated November 5, 1982, and otherwise affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Milonas, Kassal, Smith and Rubin, JJ.